UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   2:16–cv–08450–BRO–GJS            Date:  3/8/2017
Title:  COUTURE TEXTILE INC. V. BIZZ, INC. ET AL

Present: The Honorable    **BEVERLY REID O'CONNELL**

Deputy Clerk:  Renee Fisher
Court Reporter/Recorder:  None
Tape No.: N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

Defendant(s) did not answer the complaint, yet Plaintiff(s) have not requested entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff(s) may satisfy this order by seeking entry of default, by dismissing the complaint, or by filing a declaration regarding the status of the case. Plaintiff(s) must provide the Court with a chambers copy of any declaration filed in connection with this Order to Show Case, pursuant to the Courts Standing Order.

Plaintiffs must respond to this order within 20 days. **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.

Initials of Deputy Clerk: rfi